No. D–40.  IN RE DISBARMENT OF GILBERT.  It having been reported to this Court that Donald E. Gilbert, of East Northport, N. Y., has been suspended from the practice of law in all of the courts of the State of New York, and this Court by order of February 24, 1975 [420 U. S. 941], having suspended the said Donald E. Gilbert from the practice of law in this Court and directed that

a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent and that a response has been filed;

It is ordered that the said Donald E. Gilbert be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.